SEALED BY ORDER

Redacted Version  CR 16 00373  EJD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

*SAN JOSE DIVISION*

NC FILED SEP 7 - 2016 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

## THE UNITED STATES OF AMERICA

vs.

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

and

**KRISTEL KUBUROVICH**

FILED AUG 25 2016 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

## INDICTMENT

(See Attachment)

*A true bill.*

_____
Foreperson

Filed in open court this 25 day of August
A.D. 2016

_____
United States Magistrate Judge
Nathanael Cousins

Bail. $ No bail arrest warrant as to both defendants.

ATTACHMENT TO INDICTMENT COVER

U.S.
v.
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and
KRISTEL KUBUROVICH

**Count One:**
18 U.S.C. §§ 157(1) and 2 – Bankruptcy Fraud and Aiding and Abetting
**Defendants:**
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
KRISTEL KUBUROVICH

    Penalties:
    Maximum Prison Sentence:    5 years
    Maximum Fine:    $250,000
    Maximum Supervised Release:    3 years
    Special Assessment:    $100

**Count Two:**
18 U.S.C. §§ 152(1) and 2 – Concealment of Assets During Bankruptcy Proceeding and Aiding and Abetting
**Defendants:**
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
KRISTEL KUBUROVICH

    Penalties:
    Maximum Prison Sentence:    5 years
    Maximum Fine:    $250,000
    Maximum Supervised Release:    3 years
    Special Assessment:    $100

**Count Three:**
18 U.S.C. § 152(3) – False Statement During Bankruptcy Proceeding
**Defendants:**
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

    Penalties:
    Maximum Prison Sentence:    5 years
    Maximum Fine:    $250,000
    Maximum Supervised Release:    3 years
    Special Assessment:    $100

FORFEITURE ALLEGATION:    21 U.S.C. § 853 – Drug Forfeiture
**Defendants:**
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
KRISTEL KUBUROVICH
    Penalties:
    Forfeiture

**SEALED BY ORDER OF COURT**

1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney

**FILED**

AUG 25 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.: 16 00373 |
| Plaintiff, | VIOLATIONS: 18 U.S.C. §§ 157(1) and 2 – Bankruptcy Fraud and Aiding and Abetting; 18 U.S.C. §§ 152(1) and 2 – Concealment of Assets During Bankruptcy Proceeding and Aiding and Abetting; 18 U.S.C. § 152(3) – False Statement During Bankruptcy Proceeding; 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |
| v. | |
| ████████████████ and KRISTEL KUBUROVICH, | |
| Defendants. | |
| | (SAN JOSE VENUE) |

INDICTMENT

The Grand Jury Charges:

At all times relevant to this indictment, unless otherwise indicated:

INTRODUCTORY ALLEGATIONS

1. ████████████████████████████ Kristel KUBUROVICH ("K. KUBUROVICH") resided in Morgan Hill, California, and Gilroy, California, in the Northern District of California. Between 2009 and 2012, ████████████ and K. KUBUROVICH resided at 7170 Eagle Ridge Drive, Gilroy, California.

2. Prior to May 2010, ████████████ had accumulated approximately $2,133,053.00 in FDIC insured debts to various financial creditors, including American Express, Discovery International, JP

1

1  Morgan Chase, Citibank, Bank of America, HSBC Bank, National Bank of Arizona, First National Bank
2  of Central California, and Wachovia Bank, among others.
3      3.     Nata, LP was a limited California Partnership established and controlled by ▆
4  ▆▆▆▆ and K. KUBUROVICH.
5      4.     United Security Bank was an FDIC-insured Bank headquartered in Fresno, California.
6      5.     Pinnacle Bank was an FDIC-insured Bank headquartered in Morgan Hill, California.

## THE SCHEME TO DEFRAUD

8      6.     Beginning on a date unknown to the Grand Jury, but no later than December 5, 2008, and
9  continuing until at least May 25, 2010, defendants ▆▆▆▆▆▆ and K. KUBUROVICH, along
10 with others known and unknown to the grand jury, knowingly devised, and intended to devise, a
11 material scheme and artifice to defraud and for purpose of executing and concealing such a scheme and
12 artifice, and attempting to do so, knowingly filed a petition under Title 11 of the United States Code.
13     7.     The purpose of the scheme to defraud was for ▆▆▆▆▆▆ and K.
14 KUBUROVICH to enrich themselves through the filing of a Chapter 7 bankruptcy petition in United
15 States Bankruptcy Court by ▆▆▆▆▆▆ containing materially false representations and
16 omissions, causing the Court to discharge approximately $2,133,053.00 worth of FDIC insured debt that
17 ▆▆▆▆▆▆ owed to his creditors. In furtherance of the scheme to defraud, ▆▆▆▆▆▆
18 with the knowing assistance of ▆▆▆▆▆▆, K. KUBUROVICH, submitted a bankruptcy petition
19 which, among other false statements and omissions, concealed approximately $868,000 in assets.
20     8.     Prior to, and in preparation for, the filing of the bankruptcy petition, in December 2008,
21 K. KUBUROVICH opened United Security Bank Account #xxxx0823 and Pinnacle Bank Account
22 xxxx0569 in the name of K. KUBUROVICH. K. KUBUROVICH was the sole signatory on the
23 signature cards for both of these bank accounts.
24     9.     On December 18, 2008, ▆▆▆▆▆▆ transferred $250,000 into K.
25 KUBUROVICH'S United Security Bank Account #xxxx0823.
26     10.    On December 26, 2008, ▆▆▆▆▆▆ transferred $250,000 into K.
27 KUBUROVICH'S United Security Bank Account #xxxx0823.
28

11. On December 31, 2008, ▓▓▓▓▓ transferred $250,000 into K. KUBUROVICH'S Pinnacle Bank Account #xxxx0569.

12. On January 5, 2009, ▓▓▓▓▓ nd K. KUBUROVICH opened an account at Verwaltungs Und Private-Bank AG in Liechtenstein, account number xxxxx.104.

13. On January 25, 2009, K. JUBUROVICH transferred $500,000 from her USB account to Verwaltungs Und Private-Bank AG account number xxxxx.104.

14. On February 20, 2009, K. KUBUROVICH opened Pinnacle Bank account number #xxxx1277 in the name of Nata, LP.

15. On April 6, 2009, K. KUBUROVICH transferred $399,975 from her Verwaltungs Und Private-Bank account xxxx.104 to her USB account xxxx0823.

16. On March 30, 2009, K. KUBUROVICH purchased a cashier's check in the amount of $50,000 from USB account #xxxx0823 made payable to Stewart Title Company.

17. On April 7, 2009, K. KUBUROVICH obtained a cashier's check from her USB account #xxxx0823 in the amount of $597,000 and deposited it into the Nata, LP, account with Pinnacle Bank, account #xxxx1277.

18. On May 11, 2009, K. KUBUROVICH authorized the wire of $597,311.71 from the Nata, LP account with Pinnacle Bank, account #xxxx1277, to Stewart Title to complete the purchase of 7170 Eagle Ridge Drive, Gilroy, California, real property which was subsequently used by ▓▓▓▓▓ and K. KUBUROVICH as a residence.

19. On May 25, 2010, ▓▓▓▓▓ filed a Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Northern District of California. In the petition, ▓▓▓▓▓ knowingly failed to disclose the existence of the funds he had transferred into the new accounts of K. KUBUROVICH, to wit: United Security Bank account #xxxx0823, and Pinnacle Bank account #xxxx0569, as well as the existence of other funds in bank accounts under his and K. KUBUROVICH'S control. He further knowingly failed to disclose his ownership and control of his residence in Gilroy, California, which had been purchased with funds from United Security Bank account #xxxx0823 and Pinnacle Bank account #xxxx1277.

//

3

COUNT ONE: (18 U.S.C. § 157 – Bankruptcy Fraud; Aiding and Abetting)

20. Paragraphs One through Nineteen are realleged and incorporated by reference as though fully set forth herein.

21. On or about May 25, 2010, in the Northern District of California and elsewhere, the defendants,

████████████████████████ and
KRISTEL KUBUROVICH,

with the intent to devise a scheme and artifice to defraud the trustee charged with control of the debtor's property, his creditors, and the United States Trustee, and for the purpose of executing and concealing said scheme and artifice, filed a bankruptcy petition which, among other false statements and omissions, knowingly and fraudulently concealed material assets, specifically:

A. In Schedule A of the petition, ████████ failed to disclose real property over which he maintained control, to wit: the residence located at 7170 Eagle Ridge Drive, Gilroy, California, which he and K. KUBUROVICH had purchased with a total cash payment of approximately $647,311.71 on May 11, 2009; and

B. In Schedule B of the petition, ████████ failed to disclose personal property over which he maintained control, to wit: approximately $221,840.99 in cash which had been placed in bank accounts under the names of K. KUBUROVICH and Nata, L.P. at United Security Bank and Pinnacle Bank, as well as the existence of funds in other bank accounts under his and K. KUBUROVICH'S control;

thereby making false and fraudulent representations, claims, and promises concerning and in relation to a proceeding under Title 11, United States Code, to wit: ████████████████████████, United States Bankruptcy Court, Northern District of California, Case 10-5547.

All in violation of Title 18, United States Code, Sections 157(1) and 2.

COUNT TWO: (18 U.S.C. §§ 152(1) and 2– Concealment of Assets in Bankruptcy Proceeding; Aiding and Abetting)

22. Paragraphs One through Nineteen are realleged and incorporated by reference as though fully set forth herein.

23. On or about May 25, 2010, in the Northern District of California and elsewhere, the defendants,

███████████████ and KRISTEL KUBUROVICH,

did knowingly and fraudulently conceal from the United States Trustee, in connection with a case under Title 11 of the United States Code, *to wit*: ███████ United States Bankruptcy Court, Northern District of California, Case 10-55471, property belonging to the estate of a debtor they were required to disclose in the bankruptcy petition, specifically:

    A.    In Schedule A of the petition, ███████ failed to disclose real property over which he maintained control, to wit: the residence located at 7170 Eagle Ridge Drive, Gilroy, California, which he and K. KUBUROVICH had purchased with a total cash payment of approximately $647,311.71 on May 11, 2009; and

    B.    In Schedule B of the petition, ███████ failed to disclose personal property over which he maintained control, to wit: approximately $221,840.99 in cash which had been placed in bank accounts under the names of K. KUBUROVICH and Nata, L.P. at United Security Bank and Pinnacle Bank, as well as the existence of funds in other bank accounts under his and K. KUBUROVICH'S control;

All in violation of Title 18, United States Code, Sections 152(1), and 2.

COUNT THREE: (18 U.S.C. §152(3) --False Statement in Bankruptcy Proceeding)

24. Paragraphs One through Nineteen are realleged and incorporated by reference as though fully set forth herein.

25. On or about May 25, 2010, in the Northern District of California and elsewhere, the defendant,

███████████████

knowingly and fraudulently made a materially false declaration, certificate, and verification under the penalty of perjury, as permitted under Section 1746 of Title 28, in and in relation to a case under Title 11, *to wit*: ███████████████, United States Bankruptcy Court, Northern District of California, Case 10-55471, by submitting Schedules of Assets and Liabilities and a Statement of

Financial Affairs, as follows:

  A. In Schedule A of the petition, ▓▓▓▓▓▓ failed to disclose real property over which he maintained control, to wit: the residence located at 7170 Eagle Ridge Drive, Gilroy, California, which he and K. KUBUROVICH had purchased with a total cash payment of approximately $647,311.71 on May 11, 2009; and

  B. In Schedule B of the petition, ▓▓▓▓▓▓ failed to disclose personal property over which he maintained control, to wit: approximately $221,840.99 in cash which had been placed in bank accounts under the names of K. KUBUROVICH and Nata, L.P. at United Security Bank and Pinnacle Bank, as well as the existence of funds in other bank accounts under his and K. KUBUROVICH'S control;

All in violation of Title 18, United States Code, Section 152(3).

FORFEITURE ALLEGATION: (18 U.S.C. §§ 981(a)(1)(C) and 28 U.S.C. § 2461(c))

26. Paragraphs One through Twenty-One are realleged and incorporated by reference as though fully set forth herein.

Upon conviction of the bankruptcy fraud offenses, in violation of Title 18, United States Code, Section 152, as set forth in Counts Two through Three, inclusive, of this Indictment, the defendants, ▓▓▓▓▓▓, and KRISTEL KUBUROVICH, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes, or is derived from, proceeds which are traceable to a violation of Title 18, United States Code, Section 152, including but not limited to a sum of money equal to the total amount of proceeds defendants obtained or derived, directly or indirectly, from the violations.

  12. If any of the property described above, as a result of any act or omission of the defendants, or either of them:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred, or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

1      d.    has been substantially diminished in value; or

2      e.    has been comingled with other property which cannot be divided without difficulty;

any and all interest the defendants have in any other property (not to exceed the value of the above forfeited property) shall be forfeited to the United States pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

13.    This forfeiture is authorized by Title 18, United States Code, Section 981(a)(1)(C); Title 18, United States Code, Section 982(a)(2); Title 28, United States Code, Section 2461(c); Title 21 United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1); and Federal Rule of Criminal Procedure 32.2.

DATED: 25 Aug 2016                 A TRUE BILL.

                                              FOREPERSON

BRIAN J. STRETCH
United States Attorney

JEFF NEDROW
Chief, San Jose Branch Office

(Approved as to form: _____)
                       AUSA GARY G. FRY

AO 257 (Rev. 6/78)

**SEALED BY ORDER OF COURT**

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

(SEE ATTCHMENT)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: (SEE ATTACHMENT)

CR 16 00373 EJD

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

**DEFENDANT - U.S**

▶ KRISTEL KUBUROVICH

DISTRICT COURT NUMBER

**ORIGINAL FILED**
AUG 25 2016
Susan Y. Soong
Clerk, U.S. District Court
Northern District of California
San Jose

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
FBI Special Agent Mark Matulich

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form     Brian J. Stretch
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)     Gary G. Fry

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes  ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT     Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:
_____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____     Before Judge: _____

Comments:

## ATTACHMENT TO PENALTY SHEET

## U.S.
## v.
## KRISTEL KUBUROVICH

**OFFENSES CHARGED:**
18 U.S.C. §§ 157(1) and 2 – Bankruptcy Fraud and Aiding and Abetting; 18 U.S.C. §§ 152(1) and 2– Concealment of Assets During Bankruptcy Proceeding and Aiding and Abetting; 18 U.S.C. § 152(3) – False Statement During Bankruptcy Proceeding; 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

**Count One:** 18 U.S.C. §§ 157(1) and 2 – Bankruptcy Fraud and Aiding and Abetting

<u>Penalties:</u>
| | |
|---|---|
| Maximum Prison Sentence: | 5 years |
| Maximum Fine: | $250,000 |
| Maximum Supervised Release: | 3 years |
| Special Assessment: | $100 |

**Count Two:** 18 U.S.C. §§ 152(1) and 2– Concealment of Assets During Bankruptcy Proceeding and Aiding and Abetting

<u>Penalties:</u>
| | |
|---|---|
| Maximum Prison Sentence: | 5 years |
| Maximum Fine: | $250,000 |
| Maximum Supervised Release: | 3 years |
| Special Assessment: | $100 |

FORFEITURE ALLEGATION:   18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

<u>Penalties:</u>
Forfeiture

SEALED BY ORDER OF COURT

United States District Court
Northern District of California

FILED

AUG 25 2016

# CRIMINAL COVER SHEET

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**Case Name:** USA v. ▓▓▓▓▓▓▓▓▓▓ and KRISTEL KUBUROVICH

**Case Number:** CR 16 00373 EJD NC

**Total Number of Defendants:**
1 ☐   2-7 ☑   8 or more ☐

**Is This Case Under Seal?** Yes ☐   No ☑

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**
Yes ☐   No ☑

**Venue (Per Crim. L.R. 18-1):**
SF ☐   OAK ☐   SJ ☑   EUR ☐   MON ☐

**Is any defendant charged with a death-penalty-eligible crime?**
Yes ☐   No ☑

**Assigned AUSA (Lead Attorney):** Gary G. Fry

**Is this a RICO Act gang case?**
Yes ☐   No ☑

**Date Submitted:** August 25, 2016

**Comments:**



July 2013