ZENIA K. GILG, SBN 171922
Sausalito Plaza
1505 Bridgeway, Suite 103
Sausalito, CA 94965
Telephone: 415/324-7071
Facsimile: 415/324-7078
Email: zenia@jacksonsquarelaw.com

Attorney for Defendant
KRISTEL KUBUROVICH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 16-00373-EJD-2 |
| Plaintiff, | |
| v. | SUBSTITUTION OF ATTORNEY |
| KRISTEL KUBUROVICH, | |
| Defendant. | |

COMES NOW defendant KRISTEL KUBUROVICH, and hereby substitutes ZENIA K. GILG, 1505 Bridgeway, Suite 103, Sausalito, California, 94965, Telephone: 415.394.3800, Facsimile: 415.324.7078 and email: zenia@jacksonsquarelaw.com, as her attorney of record in the place and stead of ROBERT M. CARLIN, Federal Public Defender.

Dated:

/s/ KRISTEL KUBUROVICH

We accept this substitution.

/s/Zenia K. Gilg
ZENIA K. GILG
Dated: September 28, 2016

/s/Robert M. Carlin
ROBERT M. CARLIN
Dated: September 28, 2016

IT IS SO ORDERED.

Dated:

HON. EDWARD J. DAVILA
United States District Court Judge