ZENIA K. GILG, SBN 171922
Sausalito Plaza
1505 Bridgeway, Suite 103
Sausalito, CA 94965
Telephone: 415.324.7071
Facsimile: 415.324.7078
zenia@jacksonsquarelaw.com

Attorney for Defendant
KRISTEL KUBUROVICH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GOYKO GUSTAV KUBUROVICH and<br>KRISTEL KUBUROVICH,<br><br>    Defendants.<br>_____ / | Case No.  CR 16-00373-EJD<br><br>NOTICE OF MOTION AND MOTION TO DISMISS FOR VIOLATION OF <u>THE SPEEDY TRIAL ACT</u><br><br>Date: August 27, 2018<br>Time: 1:30 p.m.<br>The Honorable Judge Edward J. Davila |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that at the above date and time, or as soon thereafter as this matter may be heard, defendant Kristel Kuburovich, by and through counsel, will and hereby does move this Honorable Court to dismiss this case with prejudice based on violations of her rights guaranteed under *Title 18 U.S.C. § 3161, et seq.* (Speedy Trial Act) and Rule 48(b)(3) of the Federal Rules of Criminal Procedure.

This motion is based on this Notice of Motion and Motion; accompanying Memorandum of Points and Authorities, Declaration of Counsel; files and records in this case; and upon such other evidence or argument that may properly be presented to the Court.

Dated: August 13, 2018

*/s/ Zenia K. Gilg*
ZENIA K. GILG
Attorney for Defendant
KRISTEL KUBUROVICH

<u>Certificate of Service</u>

I hereby certify that on August 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all attorneys of record, including:

> AUSA Scott Simeon
> AUSA Jeffrey Schnek
> U.S. Attorney's Office
> NDCA, San Jose Branch
> 150 Almaden Blvd., Suite 900
> San Jose, CA 95113
> Telephone: 408-535-5592
> Facsimile: 408-535-5066
> Scott.Simeon@usdoj.gov
> jeffrey.b.schenk@usdoj.gov
>
> J. David Nick (CAL SBN 157687)
> Law Office of J. David Nick
> 345 Franklin Street
> San Francisco, ca 94102
> Telephone: (415) 552-4444
> Fax: (415) 358-5897
> jdavidnick@lawyer.com

/s/ Zenia K. Gilg
ZENIA K. GILG
Cal. SBN 171922
Law Office of Zenia K. Gilg
Sausalito Plaza
1505 Bridgeway, Suite 103
Sausalito, CA 94965
Telephone:  415.324.7071
Facsimile:  415.324.7078
zenia@jacksonsquarelaw.com

Motion to Dismiss Re: STA                    2