1   ZENIA K. GILG, SBN 171922
    Sausalito Plaza
2   1505 Bridgeway, Suite 103
    Sausalito, CA 94965
3   Telephone:  415.324.7071
    Facsimile:  415.324.7078
4   Email: zenia@jacksonsquarelaw.com

5   Attorney for Defendant
    KRISTEL KUBUROVICH
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10

    UNITED STATES OF AMERICA,                    Case No.  CR 16-00373-EJD
11
            Plaintiff,                           DECLARATION OF COUNSEL IN
12                                               SUPPORT OF MOTION TO DISMISS
        v.                                       FOR VIOLATION OF SPEEDY TRIAL
13                                               ACT
    GOYKO GUSTAV KUBUROVICH and
14  KRISTEL KUBUROVICH,

15          Defendants.
                                        /
16

17          I, ZENIA K. GILG, declare:

18          I am an attorney licensed to practice law in the state California and before this Court

19  and am the attorney of record for Kristel Kuburovich in this matter.

20          The information contained in the Accompanying Memorandum of Points and

21  Authorities in Support of Defendant's Motion to Dismiss for Violation of the Speedy Trial Act

22  are true and correct, except those matters stated on information and belief, and to those matters

23  I believe them to be true.

24          This declaration executed on the 13th day of August 2018, in Sausalito, California.

25
                                                 /s/ Zenia K. Gilg
26                                               ZENIA K. GILG
                                                 Attorney for Defendant
27                                               KRISTEL KUBUROVICH

28

1

<u>Certificate of Service</u>

2      I hereby certify that on August 13, 2018, I electronically filed the foregoing with the

3   Clerk of the Court using the CM/ECF system which sent notification of such filing to all

4   attorneys of record, including:

5

6
AUSA Scott Simeon
AUSA Jeffrey Schenk
U.S. Attorney's Office
NDCA, San Jose Branch
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Telephone: 408-535-5592
Facsimile: 408-535-5066
scott.simeon@usdoj.gov
jeffrey.b.schenk@usdoj.gov

J. David Nick (CAL SBN 157687)
Law Office of J. David Nick
345 Franklin Street
San Francisco, ca 94102
Telephone: (415) 552-4444
Fax: (415) 358-5897
jdavidnick@lawyer.com

7

8

9

10

11

12

13

14

15

16                                        */s/ Zenia K. Gilg*
                                          ZENIA K. GILG
                                          Cal. SBN 171922
17                                        Law Office of Zenia K. Gilg
                                          Sausalito Plaza
18                                        1505 Bridgeway, Suite 103
                                          Sausalito, CA 94965
19                                        Telephone:  415.324.7071
                                          Facsimile:  415.324.7078
20                                        zenia@jacksonsquarelaw.com

21

22

23

24

25

26

27

28